Anthony Lanza, Bar No. 156703
LANZA & GOOLSBY, PLC
A Professional Law Corporation
3 Park Plaza, Suite 1650
Irvine, California 92614-8540
Telephone (949) 221-0490
Facsimile (949) 221-0027

Michael Shaff, Bar No. 152998
Irvine Venture Law Firm, LLP
5 Hutton Centre Dr., Suite 1400
South Coast Metro, CA 92707
Telephone (949) 265-2620
Facsimile (949) 660-7799

Attorneys for Plaintiff
Direct Contact Marketing, Inc.

**DENIED**
BY ORDER OF
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE
ON _____
OCT 10 2006

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DIRECT CONTACT MARKETING, a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. SACV06-588 DOC (RNBx)<br><br>**STIPULATION FOR TEMPORARY STAY; ORDER**<br><br>Hon. David O. Carter<br>Complaint Filed: June 28, 2006 |

Plaintiff Direct Contact Marketing, Inc. ("DCM"), by and through its counsel of record, and defendant the United States of America ("USA"), by and through its counsel of record, hereby stipulate as follows:

1. Plaintiff DCM filed its complaint in this action for judicial review under Internal Revenue Code § 6330 on or about June 28, 2006, and then served the complaint on defendant USA on or about July 7, 2006.

2.  The parties have decided to provide the Internal Revenue Service Appeals Officer with another opportunity to review and reconsider the subject proposed collection action pursuant to Collection Due Process (CDP) hearing, including DCM's proposed penalty abatement and payment plan, in hopes that such IRS review and reconsideration will resolve this action.

3.  In furtherance of this goal, the parties stipulate that this action should be stayed for a period of four months, after which the parties will file a joint status report with the court summarizing the status of the IRS review and any resulting findings, including the disposition of this action in light of such findings and a proposed future course of action.

IT IS SO STIPULATED.

Dated: September 29, 2006

LANZA & GOOLSBY
A Professional Law Corporation

Anthony L. Lanza
attorneys for plaintiff

Dated: September 29, 2006

Debra Wong Yang
U.S. Attorney

Evan J. Davis
AUSA, attorney for defendant

1  Having considered the stipulation above, and having determined that good
2  cause exists for approval, the terms of the above stipulation shall be the order of this
3  court. This court shall retain jurisdiction during and subsequent to the temporary
4  stay ordered herein.

5  IT IS SO ORDERED:

7  Dated: _____, 2006  _____
8  United States District Judge

X:\D\300-02\Pleadings\Stip & Order.doc

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am a citizen of the United States, over the age of 18 years, employed in the County of Orange in the office of a member of the State Bar at whose direction service was made. I am not a party to the within action. My business address is 3 Park Plaza, Suite 1650, Irvine, CA, 92614.

On September 29, 2006 served the following **STIPULATION FOR TEMPORARY STAY; ORDER** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Evan J. Davis<br>Chief, Tax Division<br>Assistant United State Attorney<br>7211 Federal Building<br>300 North Los Angeles St.<br>Los Angeles, CA 90012<br>Fax: (213) 894-0115 | Attorney for United States of America |
| Michael Shaff,<br>Irvine Venture Law Firm, LLP<br>5 Hutton Centre Dr., Suite 1400<br>South Coast Metro, CA 92707<br>Facsimile (949) 660-7799 | Attorney for DCM |

__X__ **BY MAIL:** I caused such envelopes (with postage thereon fully prepaid) to be placed in the United States mail at Irvine, California. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing specified in the affidavit.

___ **BY FACSIMILE:** A copy was transmitted via facsimile, followed by a copy via US Mail.

___ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

___ **BY OVERNIGHT DELIVERY:** As follows: I am "readily familiar" with the Firm's practice of collection and processing correspondence for overnight deliver. Such correspondence will be deposited with a facility regularly maintained by an overnight delivery service for receipt on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed September 29, 2006 at Irvine, California.

Laura Malnar