LODGED

Anthony Lanza, Bar No. 156703
LANZA & GOOLSBY, PLC
A Professional Law Corporation
3 Park Plaza, Suite 1650
Irvine, California 92614-8540
Telephone (949) 221-0490
Facsimile (949) 221-0027

Michael Shaff, Bar No. 152998
Irvine Venture Law Firm, LLP
5 Hutton Centre Dr., Suite 1400
South Coast Metro, CA 92707
Telephone (949) 265-2620
Facsimile (949) 660-7799

Attorneys for Plaintiff
Direct Contact Marketing, Inc.

2006 DEC 19 PM 3: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS 5/JS-6
___ JS-2/JS-3

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 26 2006

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DIRECT CONTACT MARKETING, a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. SACV06-588 DOC (RNBx)<br><br>**VOLUNTARY DISMISSAL;** ORDER<br><br>Hon. David O. Carter<br><br>Complaint Filed: June 28, 2006 |

DOCKETED ON CM

DEC 26 2006

BY_____

Plaintiff, Direct Contact Marketing ("DCM"), by and through its counsel of record, and defendant the United States of America ("USA"), by and through its counsel of record, hereby agree and stipulate as follows: The parties to this action have agreed that the dispute should be remanded to the appeals officer at the Internal Revenue Service so as to provide another opportunity for the appeals officer to review and reconsider the subject proposed collection action pursuant to collection

1

\\Wd-netcenter\Documents\D\300-02\Pleadings\Voluntary Dismissal.doc

1  due process (CDP) hearing, including DCM's proposed penalty abatement and
2  payment plan, in hopes that such IRS review and consideration will resolve this
3  dispute.

   Pursuant to stipulation among all parties to this action, it is agreed that this lawsuit be dismissed, without prejudice, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall be responsible for his or its own costs, expenses, and fees, if any, based on this action and/or resulting from said dismissal.

LANZA & GOOLSBY
A Professional Law Corporation

DATED: 12/18, 2006

_____
Anthony E. Lanza
Attorneys for Plaintiff
Direct Contact Marketing


Debra Wong Yang
U.S. Attorney

DATED: _____, 2006

_____
Evan J. Davis
AUSA, attorney for defendant

Having considered the stipulation above, and having determined that good cause exists for approval, the terms of the above stipulation shall be the order of this court.

IT IS SO ORDERED:

Dated: December 26, 2006

_____
United States District Judge

2
\\Wd-netcenter\Documents\D\300-02\Pleadings\Voluntary Dismissal.doc

due process (CDP) hearing, including DCM's proposed penalty abatement and payment plan, in hopes that such IRS review and consideration will resolve this dispute.

Pursuant to stipulation among all parties to this action, it is agreed that this lawsuit be dismissed, without prejudice, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall be responsible for his or its own costs, expenses, and fees, if any, based on this action and/or resulting from said dismissal.

DATED: 12/18, 2006

LANZA & GOOLSBY
A Professional Law Corporation

_____
Anthony L. Lanza
Attorneys for Plaintiff
Direct Contact Marketing

DATED: 12|8, 2006

Debra Wong Yang
U.S. Attorney

_____
Evan J. Davis
AUSA, attorney for defendant

Having considered the stipulation above, and having determined that good cause exists for approval, the terms of the above stipulation shall be the order of this court.

IT IS SO ORDERED:

Dated: _____, 2006

_____
United States District Judge

2

X:\D\300-02\Pleadings\Voluntary Dismissal.doc

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am a citizen of the United States, over the age of 18 years, employed in the County of Orange in the office of a member of the State Bar at whose direction service was made. I am not a party to the within action. My business address is 3 Park Plaza, Suite 1650, Irvine, CA, 92614.

On December 19, 2006, 2006 served the following **VOLUNTARY DISMISSAL** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Evan J. Davis<br>Chief, Tax Division<br>Assistant United State Attorney<br>7211 Federal Building<br>300 North Los Angeles St.<br>Los Angeles, CA 90012<br>Fax: (213) 894-0115 | Attorney for United States of America |
| Michael Shaff,<br>Irvine Venture Law Firm, LLP<br>5 Hutton Centre Dr., Suite 1400<br>South Coast Metro, CA 92707<br>Facsimile (949) 660-7799 | Attorney for DCM |

  X  **BY MAIL:** I caused such envelopes (with postage thereon fully prepaid) to be placed in the United States mail at Irvine, California. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing specified in the affidavit.

___ **BY FACSIMILE:** A copy was transmitted via facsimile, followed by a copy via US Mail.

___ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

___**BY OVERNIGHT DELIVERY:** As follows: I am "readily familiar" with the Firm's practice of collection and processing correspondence for overnight deliver. Such correspondence will be deposited with a facility regularly maintained by an overnight delivery service for receipt on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed December 19, 2006 at Irvine, California.

Laura Malnar

X:\D\300-02\POS.DOC